TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-06-00466-CR







Michael Lester Trubee, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT


NO. 05-864-K368, HONORABLE DONALD LEONARD, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's motion for extension of time to file brief is granted. Appellant's counsel,
John R. Duer, is ordered to tender a brief in this cause no later than April 16, 2007. No further
extension of time will be granted.

It is ordered March 28, 2007. 



Before Justices Patterson, Pemberton and Waldrop

Do Not Publish